UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS H. GRACE, <br> CHAPTER 7 TRUSTEE, <br>     Plaintiff, <br><br> v. <br><br> ORGANO GOLD INT'L, et al. <br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 16-cv-00643 |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL AND WITHDRAW

Van H. Beckwith, Omar J. Alaniz and Katherine Brooker, all of Baker Botts L.L.P., are counsel of record for Defendants Organo Gold Int'l, Inc. and Organo Gold Enterprises, Inc. The aforementioned attorneys and the law firm of Baker Botts L.L.P. previously filed a motion to withdraw and substitute as counsel for Defendant Holton Buggs (Dkt. 38) that was granted on June 15, 2016 (Dkt. 41), and hereby, in addition move to withdraw as counsel for Defendants Organo Gold Int'l, Inc. and Organo Gold Enterprises, Inc. and to be substituted by:

    Seth A. Nichamoff
    Nichamoff Law PC
    Texas State Bar No. 24027568
    Federal I.D. No. 27002
    2444 Times Boulevard, Suite 270
    Houston, Texas 77005
    Telephone: (713) 503-6706
    Facsimile: (713) 360-7497
    seth@nichamofflaw.com

    Jamie King
    Jamie King, P.C.
    Texas State Bar No. 24043755
    S.D. Texas Bar No. 566838
    P.O. Box 5757
    Kingwood, Texas 77325
    (713) 521-6558 Telephone
    (888) 247-0443 Facsimile
    jamie@jamiekingpc.com

Active 35469343

Because time remains between now and the December 2017 docket call, withdrawal of Van H. Beckwith, Omar J. Alaniz and Katherine Brooker as counsel will not delay this proceeding, and no prejudice will result to any party.

Plaintiff, Defendants Barry Cocheu, Organo Gold Int'l, Inc., Organo Gold Enterprises, Inc., and Holton Buggs, do not oppose this substitution and withdrawal.

Dated: August 2, 2017

Respectfully submitted,

BAKER BOTTS L.L.P.

/s/ *Van. H. Beckwith*
Van H. Beckwith
Texas State Bar No. 02020150
Omar J. Alaniz
Texas State Bar No. 24040402
2001 Ross Avenue
Dallas, Texas 75201
Telephone: 214.953.6500
Facsimile: 214.953.6503

Katherine Brooker
Texas State Bar No. 24075772
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1222
Facsimile: (713) 229-7922

*Attorneys for Defendants Organo Gold Int'l, Inc. and Organo Gold Enterprises, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have conferred by telephone about the motion and relief requested herein, and all parties and counsel of record are unopposed.

/s/ *Van H. Beckwith*
Van H. Beckwith

Active 35469343

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by email on the 2nd day of August, 2017.

               */s/ Katherine A. Brooker*
               Katherine A. Brooker

Active 35469343