Case 4:16-cv-00643 Document 45-1 Filed in TXSD on 09/14/17 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| THOMAS H. GRACE, ) <br> Chapter 7 Trustee of AmeriSciences, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORGANO GOLD INT'L, INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 4:16-CV-00643 <br><br> Judge Vanessa D. Gilmore |

## ORDER SUBSTITUTING RODNEY D. TOW AS PLAINTIFF AND MODIFYING CASE CAPTION

This matter is before the Court upon *the Unopposed Motion to Change Case Caption and Substitute New Party-In-Interest as Plaintiff* (the "Motion") [Docket No. ___][2] filed by Rodney D. Tow (the "Successor Trustee"), Chapter 7 trustee of the estate of AmeriSciences, L.P. (the "Debtor"), for entry of an order (I) substituting himself as plaintiff in the above-captioned action commenced on behalf of the Debtor's estate by Thomas H. Grace (the "Former Trustee"), former Chapter 7 Trustee of the Debtor's estate and (II) modifying the case caption to reflect the requested substitution. The Court, having reviewed the Motion and having found and determined just cause for the relief set forth therein, hereby ORDERS that the Motion is GRANTED;

IT IS FURTHER ORDERED, that the Successor Trustee is substituted as the Plaintiff in the above-captioned action; and

IT IS FURTHER ORDERED, that the Parties shall use the case caption as reflected above designating the Successor Trustee as the Plaintiff herein.

IT IS SO ORDERED.

Dated: 9-15-17

Judge Vanessa D. Gilmore

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.