United States District Court
Southern District of Texas
**ENTERED**
November 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY D. TOW, Chapter 7 Trustee, | § § | |
| Plaintiff, | § § | |
| Vs. | § § | Civil Action No.: 4:16-cv-643 |
| ORGANO GOLD INT'L, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER EXCLUDING EXPERT TESTIMONY

~~HAVING CONSIDERED~~ the Opposed Motion to Exclude Expert Testimony of Defendants, #49 Organo Gold Int'l, Inc., Organo Gold Enterprises, Inc., and Holton Buggs, seeking the exclusion of the testimony of Scott Weingust, an expert witness designated by Plaintiff, Rodney D. Tow, Chapter 7 Trustee, IS DENIED and ~~the response thereon, and after a hearing, the Court hereby~~

FINDS that the expert testimony of Scott Weingust is not reliable because it is not based on sufficient facts or data, and GRANTS the motion,

FINDS that the expert testimony of Scott Weingust is the product of unreliable principles and methods, and GRANTS the motion, and

FINDS that the expert testimony of Scott Weingust is not reliable because Mr. Weingust has not applied the proper principles and methods ~~reliably~~ to the facts of the case, and GRANTS the motion, and

THEREFORE ORDERS that the expert testimony of Scott Weingust is EXCLUDED.

Signed Nov. 15, 2017

_____
U.S. District Judge