United States District Court
Southern District of Texas
**ENTERED**
December 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY D. TOW, Chapter 7 Trustee, | § § | |
| Plaintiff, | § § | |
| Vs. | § § | Civil Action No.: 4:16-cv-00643 |
| ORGANO GOLD INT'L, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE

HAVING CONSIDERED the Motion for Continuance of Defendants, Organo Gold Int'l, Inc., Organo Gold Enterprises, Inc. and Holton Buggs, and the response thereon, and finding that the motion is MERITORIOUS and should be granted, the Court hereby

ORDERS that the Scheduling Order is modified such that the MOTIONS DEADLINE is extended from September 30, 2017 through and including the 15th day of January, 2018, and

ORDERS that Defendants shall supply Plaintiff with a final version of their PRETRIAL ORDER by the 20th day of April, 2018, and

ORDERS that the Plaintiff is responsible for filing the PRETRIAL ORDER on the 23rd day of April, 2018. All MOTIONS IN LIMINE must also be filed by this date.

ORDERS that DOCKET CALL is reset for the 27th day of April, 2018, at 1:30 p.m. and

ORDERS that the case is subject to being called to TRIAL on short notice during the month of May, 2018.

The Clerk shall enter this Order and provide a copy to all parties.

Signed at Houston, Texas, this the 14th day of December, 2017.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE


AGREED & ENTRY REQUESTED:

**NICHAMOFF LAW, P.C.**

/s/ Seth A. Nichamoff

———————————————
Seth A. Nichamoff
State Bar No. 24027568
Fed. I.D. No. 27002
2444 Times Boulevard, Suite 270
Houston, Texas 77005
(713) 503-6706 Telephone
(713) 360-7497 Facsimile
seth@nichamofflaw.com

-and-

**JAMIE KING, P.C.**

Jamie King
Texas State Bar No. 24043755
S.D. Texas Bar No. 566838
P.O. Box 5757
Kingwood, Texas 77325
(713) 521-6558 Telephone
(888) 247-0443 Facsimile
jamie@jamiekingpc.com

**ATTORNEYS FOR DEFENDANTS HOLTON BUGGS ORGANO GOLD INT'L, INC. AND ORGANO GOLD ENTERPRISES, INC.**

2